IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

DANIEL Z. JOHNSON,

    Plaintiff,

v.     Case No. 1:17-cv-000974(GLR)

LANDLORD2LANDLORD, LLC., et al.,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE ONLY AS IT RELATES TO DEFENDANT LANDLORD2LANDLORD, LLC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby DISMISSES the above-styled action <u>with</u> prejudice against Defendant Landlord2landlord, LLC, who has yet to file an answer or a motion for summary judgment.

Respectfully Submitted,
**DANIEL Z. JOHNSON**

/s/ *Kristi C. Kelly*
Kristi Cahoon Kelly, Esq. (No. 07244)
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: 703-424-7576
Facsimile: 703-591-0167
E-mail: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*

APPROVED THIS 14th DAY OF Aug. 2017

_____
GEORGE L. RUSSELL, III, U.S.D.J.