IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

DANIEL Z. JOHNSON,

    *Plaintiff,*

v.

                                      Case No. 1:17-cv-000974(GLR)

LANDLORD2LANDLORD, LLC., et al.,

    *Defendants.*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE ONLY AS IT RELATES TO DEFENDANT EBACKGROUNDCHECKS.COM, LLC

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby DISMISSES the above-styled action <u>with</u> prejudice against Defendant EBackgroundChecks.com, LLC, who has yet to file an answer or a motion for summary judgment.

                                      Respectfully Submitted,
                                      **DANIEL Z. JOHNSON**

                                      /s/ *Kristi C. Kelly*
                                      Kristi Cahoon Kelly, (VSB No. 72791)
                                      KELLY & CRANDALL, PLC
                                      3925 Chain Bridge Road, Suite 202
                                      Fairfax, Virginia 22030
                                      Telephone: 703-424-7570
                                      Facsimile 703-591-0167
                                      kkelly@kellyandcrandall.com
                                      *Counsel for Plaintiff*

APPROVED THIS 15th DAY OF Aug, 2017

_____
GEORGE L. RUSSELL, III, U.S.D.J.